**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

DEANNA KOENEN,

    Plaintiff,

v.   Case No.   5:17-cv-416-Oc-34PRL

PERFORMANT TECHNOLOGIES, INC.,

    Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal Without Prejudice (Dkt. No. 16; Stipulation) filed on January 10, 2018.  In the Stipulation, the parties request dismissal of this matter without prejudice.  See Stipulation at 1. Accordingly, it is hereby

    **ORDERED:**

    1.   This case is **DISMISSED without prejudice**.

    2.   Each party shall bear their own attorney's fees, costs and expenses.

    3.   The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers this 11th day of January, 2018.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record